■ In the Matter of JUAN SANCHEZ, Appellant, v WALTER KELLY et al., Respondents.—Motion to vacate abandonment and dismissal denied. Memorandum: Appellant has failed to set forth sufficient facts to justify the 21-month delay in perfecting the appeal (see, Matter of Simmons v Kelly, 159

AD2d 1030; *Matter of Johnson v Kelly,* 147 AD2d 987). Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.